GUILLERMO MARRERO, ESQ., State Bar No. 099056
TODD RATAY, ESQ., State Bar No. 241299
**INTERNATIONAL PRACTICE GROUP, P.C.**
1350 Columbia Street, Suite 500
San Diego, California 92101
Telephone: (619) 515-1480
Facsimile: (619) 515-1481
gmarrero@ipglaw.com
toddratay@ipglaw.com

Attorneys for Defendant
SEAWORLD LLC

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONHSEN MUNEER, A MINOR BY AND THROUGH HIS GUARDIAN AD LITEM MINHAJ MUNEER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SEA WORLD PARKS & ENTERTAINMENT, INC., a Delaware corporation; DOE 1 (MANAGER), an individual and DOES 1 TO 50, inclusive,<br><br>Defendants | Case No.: **'24CV529  W    MSB**<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441 (b) AND DEMAND FOR JURY TRIAL BY DEFENDANT SEAWORLD LLC** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE THAT** Defendant SeaWorld LLC, erroneously sued as "SeaWorld Parks & Entertainment, Inc., a Delaware corporation,"[1] hereby removes to this Court:

## I.  PLAINTIFF'S COMPLAINT

On December 21, 2023, Plaintiff Monhsen Muneer, a minor, by and through his Guardian Ad Litem Minhaj Muneer ("Plaintiff") filed a Complaint in the Superior Court of the State of California for the County of San Diego styled *Monhsen Muneer, a minor by and through his Guardian Ad Litem Minhaj Muneer v. Sea World Parks & Entertainment, Inc., a Delaware corporation, et al.*, Case No. 37-2023-00056633-CU-PO-CTL ("the State Court Lawsuit"). A copy of the Complaint is attached hereto as **Exhibit 1**.

The Complaint alleges causes of action for general negligence and premises liability on behalf of Plaintiff. The Complaint alleges that on or about December 26, 2021, Plaintiff Monhsen Muneer, a minor, was severely injured at 500 Sea World Dr., San Diego, CA 92109, and that SeaWorld negligently and carelessly owned, occupied, maintained, inspected supervised, operated, controlled, managed, cleaned, used, repaired, directed and superintended the premises so as to cause Plaintiff Monhsen Muneer, a minor, to walking in a poorly lit and overcrowded area of the park when another patron fell on him causing him sever injury and pain.

Defendant SeaWorld LLC was served with the Summons and Complaint as "SeaWorld Parks & Entertainment, Inc., a Delaware corporation" on February 20, 2024, via process server upon its registered agent. The Summons was filed on January 17, 2024, a copy of which is attached hereto as **Exhibit 2**.

//

---

[1] SeaWorld Parks & Entertainment, Inc., a Delaware corporation is not a proper defendant in this action, as it neither owns nor operates SeaWorld San Diego.

## II. THE PARTIES

1. Defendant SeaWorld LLC leases and operates the aquatic park known SeaWorld San Diego located at or near 500 Sea World Dr., San Diego, CA 92109.

2. Defendant SeaWorld LLC is a Limited Liability Company organized in the State of Delaware, with its principal place of business in the State of Florida.

3. Defendant SeaWorld LLC is a single-member Limited Liability Company, whose sole member is SeaWorld Parks & Entertainment, Inc.

4. SeaWorld Parks & Entertainment, Inc. is a corporation organized in the State of Delaware, with its principal place of business in the State of Florida. SeaWorld Parks & Entertainment, Inc. is not involved in the operation of the SeaWorld aquatic park or its employees.

5. SeaWorld Entertainment, Inc. is a corporation organized in the State of Delaware, with its principal place of business in the State of Florida. SeaWorld Entertainment, Inc. is not involved in the operation of the SeaWorld aquatic park or its employees.

6. Upon information and belief, Plaintiff Monhsen Muneer, a minor is a citizen of the State of California who resides in the County of Los Angeles.

7. Upon information and belief, Minhaj Muneer, as Guardian Ad Litem, is a citizen of the State of California who resides in the County of Los Angeles.

## III. GROUNDS FOR REMOVAL

8. This action is between citizens of different states. SeaWorld LLC is a citizen of Delaware and Florida, and Plaintiff and his guardian ad litem are citizens of California.

9. This action may be removed to this Court by Defendant SeaWorld LLC pursuant to 28 U.S.C. §1441(b).

10. This Court has original jurisdiction over all claims and causes of action alleged in the Complaint pursuant to 28 U.S.C. §1332 (b), in that the amount in controversy exceeds $75,000 and is between citizens of different states.

11. Plaintiff's Complaint alleges that as a result of the incident Monhsen Muneer, a minor, was "severely injured" and "sustained injuries and damages" resulting in wage loss, loss of use of property, hospital and medical expenses, general damage, property damage, loss of earning capacity and other damages according to proof.

12. Plaintiff has sent Defendant a Statement of Damages, states that General Damages in excess of $1,000,000 and Special Damages in excess of $1,000,000 for medical expenses, wage loss, loss of use of property, hospital and medical expenses, property damage, loss of earning capacity and general and other damages of an unspecified amount for emotional distress, pain and suffering, and loss of enjoyment of life, their claim amount exceeds the jurisdictional minimum set forth in 28 U.S.C. 1332(b).

### IV. COMPLIANCE WITH REMOVAL PROCEDURES

13. Defendant SeaWorld LLC was served with the Summons and Complaint on February 20, 2024, as "SeaWorld Parks & Entertainment, Inc., a Delaware corporation," which as noted is erroneous.

14. Accordingly, this Petition to remove is timely filed because it has been filed within thirty (30) days of Defendant SeaWorld LLC's receipt of the Summons and Complaint and within one year after the commencement of the action, in accordance with 28 U.S.C. § 1446 (b).

### V. REQUEST FOR REMOVAL

Defendant SeaWorld LLC respectfully requests that the entire action pending in the Superior Court of the State of California for the County of San Diego styled *Monhsen Muneer, a minor by and through his Guardian Ad Litem Minhaj Muneer v. Sea World Parks & Entertainment, Inc., a Delaware corporation, et al.*, Case No. 37-2023-00056633-CU-PO-CTL, be removed to this Court.

/ /

/ /

## VI. ANSWER AND DEMAND FOR JURY TRIAL

Defendant SeaWorld LLC also files its Answer to Plaintiff's Complaint and Demand for Jury Trial herewith.

Respectfully submitted,

Dated: March 18, 2024

INTERNATIONAL PRACTICE GROUP,
A PROFESSIONAL CORPORATION

By: _____
GUILLERMO MARRERO
*Attorneys for Defendant*