UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONHSEN MUNEER, *by and through his Guardian Ad Litem Minhaj Muneer*,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SEAWORLD PARKS & ENTERTAINMENT, INC., et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No.:  24cv529-W (MSB)<br><br>**ORDER GRANTING JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER WITH MODIFICATION [ECF NO. 11]** |

　　　Pending before the Court is the parties' "Stipulation and [Proposed] Protective Order," which the Court construes as a Joint Motion for Entry of Protective Order.  (See ECF No. 11.)  The parties are reminded that pursuant to Civil Local Rule 7.2, any future stipulation for which court approval is sought must be filed as a "joint motion."  For good cause shown, the Court **GRANTS** the Joint Motion and **ENTERS** the Protective Order with the following modification:

1. Paragraph 10 should read:

"No document may be filed under seal, except pursuant to a court order that authorizes the sealing of the particular document, or portion of the document.  A sealing order may issue only upon a showing that the information is privileged or

protectable under the law.  **The request must be narrowly tailored to seek sealing only of the confidential or privileged material**.

To file a document under seal, the parties must comply with the procedures explained in Section 2.j of the Electronic Case Filing Administrative Policies and Procedures Manual for the United States District Court for the Southern District of California and Civil Local Rule 79.2.  In addition, a party must file a redacted version of any document that it seeks to file under seal.  The document must be titled to show that it corresponds to an item filed under seal, e.g., 'Redacted Copy of Sealed Declaration of John Smith in Support of Motion for Summary Judgment.'  The party should file the redacted document(s) simultaneously with a joint motion or ex parte application requesting that the confidential portions of the document(s) be filed under seal and setting forth good cause for the request."

**IT IS SO ORDERED**.

Dated:  June 21, 2024

Honorable Michael S. Berg
United States Magistrate Judge