UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONHSEN MUNEER, *by and through his Guardian Ad Litem Minhaj Muneer*,<br><br>                                                          Plaintiff,<br><br>v.<br><br>SEAWORLD PARKS & ENTERTAINMENT, INC., et al.,<br><br>                                                          Defendants. | Case No.: 24cv529-W (MSB)<br><br>**ORDER:**<br><br>**(1) SETTING DEADLINE TO FILE PETITION FOR MINOR'S COMPROMISE; AND**<br><br>**(2) VACATING ALL PENDING DATES BEFORE MAGISTRATE JUDGE BERG** |

In a Notice of Settlement dated April 24, 2025, the parties informed the Court that they settled the case. (ECF No. 26.) Considering the settlement, the Court **VACATES** all pending dates before Magistrate Judge Berg. Any matters currently scheduled before the district judge will remain in effect pending notice from that court.

Because this case involves claims brought on behalf of a minor, Civil Local Rule 17.1 requires the settlement be reviewed by a magistrate judge before any order of approval will issue. See CivLR 17.1(a). The Petition to Approve the Minor's Compromise must be filed **on or before June 5, 2025**. Any response to the Petition to Approve the Minor's Compromise must be filed **within seven days of the Petition's filing**.

In preparing the Petition to Approve the Minor's Compromise, Plaintiff should review Judicial Council of California Form MC-350 for guidance on what should be addressed in the petition. Once the Petition to Approve the Minor's Compromise is filed, the Court shall take the petition under submission for a Report and Recommendation.

**IT IS SO ORDERED**.

Dated:  April 25, 2025

_____
Honorable Michael S. Berg
United States Magistrate Judge